IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal No. 13-10 GMS |
| | : |
| MICHAEL ZIMMERMAN | : |
| Defendants. | : |
| | : |

**ORDER CANCELLING SUMMONS AND ALL PROCEEDINGS**

IT IS HEREBY ORDERED that the summons issued on January 29, 2015 regarding the defendant in the above-captioned case is **CANCELLED**; IT IS FURTHER ORDERED that the Initial Appearance/Revocation Hearing previously scheduled for **Thursday, February 12, 2015 at 10:00 a.m.; the Pretrial Conference previously scheduled for Tuesday, September 8, 2015 at 10:00 a.m. and the 15-day Jury Trial previously scheduled for Monday, September 28, 2015 at 9:30 a.m.** before the Honorable Gregory M. Sleet United States District Judge are **CANCELLED**.

January 30, 2015

_____
UNITED STATES DISTRICT JUDGE